**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Calvin E. Hart, | ) | |
|     Plaintiff, | ) ) ) | |
| v. | ) ) | No. 11 C 4300 |
| Enhanced Recovery Company, LLC, a Delaware limited liability company, | ) ) ) | |
|     Defendant. | ) | <u>Jury Demanded</u> |

**COMPLAINT**

Plaintiff, Calvin E. Hart, brings this action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, <u>et</u> <u>seq.</u> ("FDCPA"), for a finding that Defendant's debt collection actions violated the FDCPA, and to recover damages for Defendant's violation of the FDCPA, and alleges:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction pursuant to § 1692k(d) of the FDCPA, and 28 U.S.C. § 1331.

2. Venue is proper in this District because: a) the acts and transactions occurred here; b) Plaintiff resides here; and, c) Defendant resides and transacts business here.

**PARTIES**

3. Plaintiff, Calvin E. Hart ("Hart"), is a citizen of the State of Illinois, residing in the Northern District of Illinois, from whom Defendant attempted to collect a delinquent consumer debt allegedly owed to AT&T.

4. Defendant, Enhanced Recovery Company, LLC ("Enhanced"), is a Delaware limited liability company that acts as a debt collector, as defined by § 1692a of the FDCPA, because it regularly uses the mails and/or the telephone to collect, or attempt to collect, delinquent consumer debts, including delinquent consumer debts in the Northern District of Illinois. Defendant Enhanced operates a nationwide collection agency and attempts to collect debts from consumers is virtually every state, including consumers in the State of Illinois. In fact, Enhanced was acting as a debt collector as to the delinquent consumer debt it attempted to collect from Plaintiff.

5. Defendant Enhanced is authorized to conduct business in Illinois, and maintains a registered agent here, see, record from the Illinois Secretary of State, attached as Exhibit A. In fact, Enhanced conducts business in Illinois.

6. Moreover, Defendant Enhanced is licensed as a collection agency in Illinois, see, record from the Illinois Division of Professional Regulation, attached as Exhibit B. In fact, Enhanced acts as a collection agency in Illinois.

## FACTUAL ALLEGATIONS

7. On February 15, 2011, Mr. Hart and his wife filed a Chapter 13 bankruptcy petition in a matter styled In re: Hart, N.D. Ill. Bankr. No. 11-05719. Among the debts listed on Schedule F of Mr. Hart's bankruptcy petition was a debt he allegedly owed to AT&T. See, excerpt of bankruptcy petition attached as Exhibit C.

8. On February 18, 2011, AT&T was sent, via U.S. Mail, notice of the bankruptcy by the court, see, the Certificate of Service to the Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines, which is attached as Exhibit D.

9. Moreover, on April 18, 2011, Mr. Hart's Chapter 13 bankruptcy plan was

confirmed by the bankruptcy court. Nonetheless, Enhanced sent Mr. Hart a collection letter, dated May 24, 2011, demanding payment of the debt he had owed AT&T prior to the bankruptcy. A copy of this collection letter is attached as Exhibit E.

10. All of Defendant Enhanced's collection actions at issue in this matter occurred within one year of the date of this Complaint.

11. Defendant's collection communications are to be interpreted under the "unsophisticated consumer" standard. See, Gammon v. GC Services, Ltd. Partnership, 27 F.3d 1254, 1257 (7th Cir. 1994).

**COUNT I**
**Violation Of § 1692e Of The FDCPA --**
**Demanding Payment Of A Debt That Is Not Owed**

12. Plaintiff adopts and realleges ¶¶ 1-11.

13. Section 1692e of the FDCPA prohibits a debt collector from using any false and/or any deceptive or misleading representation or means in connection with the collection of a debt, including, but not limited to, the false representation of the character, amount or legal status of any debt, see 15 U.S.C. § 1692e(2)(A).

14. Demanding payment of a debt that is no longer owed, due to a bankruptcy, is false and/or deceptive or misleading, in violation of § 1692e of the FDCPA. Randolph v. IMBS, Inc., 368 F3d 726, 728-730 (7th Cir. 2004).

15. Defendant's violation of § 1692e of the FDCPA renders it liable for actual and statutory damages, costs, and reasonable attorneys' fees. See, 15 U.S.C. § 1692k.

**COUNT II**
**Violation Of § 1692c(a)(2) Of The FDCPA –**
**Communicating With A Consumer Represented By Counsel**

16. Plaintiff adopts and realleges ¶¶ 1-11.

17. Section 1692c(a)(2) prohibits a debt collector from communicating with a consumer if the debt collector knows the consumer is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address.

18. Defendant Enhanced knew, or readily could have know that Plaintiff was represented by counsel because its client, AT&T, was given notice, by the bankruptcy court, that Plaintiff was represented by an attorney in connection with the debt at issue. By sending Mr. Hart the May 24, 2011 collection letter (Exhibit E), despite Mr. Hart being represented by bankruptcy counsel in connection with this debt, Defendant violated § 1692c(a)(2) of the FDCPA.

18. Defendant's violation of § 1692c(a)(2) of the FDCPA renders it liable for actual and statutory damages, costs, and reasonable attorneys' fees. See, 15 U.S.C. § 1692k.

### PRAYER FOR RELIEF

Plaintiff, Calvin E. Hart, prays that this Court:

1. Find that Defendant's debt collection actions violated the FDCPA;

2. Enter judgment in favor of Plaintiff Hart, and against Defendant, for actual and statutory damages, costs, and reasonable attorneys' fees as provided by §1692k(a) of the FDCPA; and,

3. Grant such further relief as deemed just.

### JURY DEMAND

Plaintiff, Calvin E. Hart, demands trial by jury.

Calvin E. Hart,

By:/s/ David J. Philipps
One of Plaintiff's Attorneys

Dated: June 24, 2011

David J. Philipps    (Ill. Bar No. 06196285)
Mary E. Philipps    (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com